IN THE U.S. DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

John J. Tauro, Plaintiff

v.                                                                                        No. 14-00761

Convergent Outsourcing Inc.                                     Magistrate Judge Eddy
                     Defendants

ELECTRONICALLY FILED

JURY TRIAL DEMANDED

FIRST AMENDED COMPLAINT

JURISDICTION AND VENUE

This Court has federal question jurisdiction because this case arises out of violations of federal law 47 U.S.C. §227(b) et seq; Mims v. Arrow Fin. Servs., LLC, 132 S. Ct. 740 (2012).

Venue is proper in the United States District Court for The Western District of Pennsylvania pursuant to 28 U.S.C. 1391(b) because Defendant made calls to a telephone number within the Western District and Plaintiff resides in Pittsburgh PA.

PARTIES

John J. Tauro, is a consumer, and a resident of Pennsylvania.

Convergent Outsourcing Inc. is a debt collector headquartered in Houston TX.; but operating from Renton WA.

FACTUAL ALLEGATIONS

1. On May 1, 2014, at 9:56 a.m., Plaintiff received a call from 877-495-0497 to a wireless telephone number ending in 0671. A pre- recorded message was left for one Steven L.; Plaintiff does not know said Steven L. Plaintiff has been a subscriber to wireless number ending in 0671 for more than three years.

2. On May 1, 2014, Plaintiff called 877-495-0497- the number belongs to Defendants.

3. Plaintiff spoke with an unidentified female who removed Plaintiff's number from the system.

4. Plaintiff received additional calls from various numbers belonging to Convergent Outsourcing looking for other parties unknown to Plaintiff.

COUNT I- AUTO DIALER OR PRERECORDED MESSAGE

5. Paragraphs 1-4 are restated, and incorporated herein.

6. Defendants have used an auto dialer ( which is advertised on their web site) and, left a pre-recorded message in violation of 47 USC 227b.

7. Defendants actions are knowing and willful; and Plaintiff is entitled to treble damages

COUNT II- EXPRESS WRITTEN CONSENT

8. Paragraphs 1-7 are restated, and incorporated herein.

9. Defendants initiated the calls, and left pre-recorded messages without Plaintiff's express written consent in violation of 47 USC 227.

10. Defendant's actions are knowing and willful; and Plaintiff is entitled to treble damages

COUNT III -MORE THAN ONE CALL IN 12 MONTH PERIOD

11. Paragraphs 1-10 are restated and incorporated herein

12.    Defendants placed five calls in less than a one month period in violation of 47USC 227 C (5)

13.    Defendant's actions are knowing and willful; and Plaintiff is entitled to treble damages

### COUNT IV- FDCPA

14.    Paragraphs 1-13 are restated and incorporated herein

15.    Defendants failed to identify themselves and failed to state that they were confirming or correcting location information violating 15 USC 1692 b (1)

16.    Placed telephone calls without disclosing his/ her identity violating 15 USC 1692 d (6)

### .    COUNT V- RECKLESS INDIFFERENCE

17.    Paragraphs 1-16 are restated, and incorporated herein

18.    Defendants have exhibited willful, reckless indifference to Federal law, using an auto dialer and leaving pre- recorded messages prohibited by 47 USC;  without Plaintiff's express written consent.

19.    Defendant's actions are knowing and willful; and Plaintiff is entitled to treble damages.

WHEREFORE: Plaintiff demands maximum statutory damages; treble damages; punitive damages; any attorney's fees, and costs.

JURY TRIAL DEMANDED

Respectfully Submitted,

/s/ John J. Tauro