**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
IN RE                         : Master Dkt. No. 3:13md2478 (AWT)
CONVERGENT OUTSOURCING, INC.  : MDL No. 2478
TELEPHONE CONSUMER            :
PROTECTION ACT LITIGATION     :
                              :
------------------------------x
                              :
THIS DOCUMENT RELATES TO:     :
                              :
JOHN J. TAURO,                : Civ. No.: 3:14cv1528(AWT)
                              :
        Plaintiff,            :
v.                            :
                              :
CONVERGENT OUTSOURCING, INC., :
                              :
        Defendant.            :
                              :
------------------------------x
```

**Order re Joint Motion to Stay Ruling**

Joint Motion to Stay Ruling on the Dispositive Motion Pending in Tauro v. Convergent (MDL Doc. No. 100) is hereby GRANTED.

The court agrees that it is premature and would be inefficient to address at this time the issues raised in plaintiff Tauro's motion because the court would have to revisit them later when they are presented in the class and other cases comprising this MDL.  In addition, deciding overlapping merits issues now would create the risk of rulings that are inconsistent with other cases in the MDL.  Moreover, other cases

-2-

in this MDL could be prejudiced by a decision on a motion by

Tauro, who is proceeding pro se, that is made on an incomplete

record in his case.

It is so ordered.

Dated this 26th day of August 2015, at Hartford,

Connecticut.


                                  /s/
                          Alvin W. Thompson
                     United States District Judge