```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------x
                              :
IN RE: CONVERGENT TELEPHONE   :   Master Dkt. No. 3:13-md-
CONSUMER PROTECTION ACT       :   2478(AWT)
LITIGATION                    :   MDL No. 2478
                              :
------------------------------x   Pretrial Order No. 18
                              :
                              :   Civ. No.: 3:13-cv-1609 (AWT)
THIS DOCUMENT RELATES TO      :   Civ. No.: 3:14-cv-1528 (AWT)
PENDING INDIVIDUAL ACTIONS    :   Civ. No.: 3:15-cv-103 (AWT)
ONLY                          :   Civ. No.: 3:15-cv-264 (AWT)
                              :   Civ. No.: 3:15-cv-265 (AWT)
                              :   Civ. No.: 3:15-cv-454 (AWT)
                              :   Civ. No.: 3:15-cv-486 (AWT)
                              :   Civ. No.: 3:15-cv-1076 (AWT)
                              :   Civ. No.: 3:15-cv-1176 (AWT)
                              :   Civ. No.: 3:15-cv-1356 (AWT)
                              :   Civ. No.: 3:16-cv-10 (AWT)
                              :   Civ. No.: 3:16-cv-114 (AWT)
                              :   Civ. No.: 3:16-cv-118 (AWT)
                              :   Civ. No.: 3:16-cv-275 (AWT)
                              :   Civ. No.: 3:16-cv-364 (AWT)
                              :   Civ. No.: 3:16-cv-373 (AWT)
                              :   Civ. No.: 3:16-cv-801 (AWT)
                              :   Civ. No.: 3:16-cv-802 (AWT)
                              :   Civ. No.: 3:16-cv-803 (AWT)
                              :   Civ. No.: 3:16-cv-1375 (AWT)
                              :   Civ. No.: 3:16-cv-1388 (AWT)
                              :   Civ. No.: 3:16-cv-1548 (AWT)
                              :   Civ. No.: 3:16-cv-1577 (AWT)
                              :   Civ. No.: 3:16-cv-1625 (AWT)
                              :   Civ. No.: 3:16-cv-1663 (AWT)
------------------------------X
```

**NOTICE RE INDIVIDUAL CASE DISCOVERY
AND LITIGATION PLAN**

In its Status Report (Doc. No. 269), Convergent Outsourcing, Inc. ("Convergent") proposed an individual case discovery and litigation plan. Any objections to the individual

case discovery and litigation plan must be filed by January 23, 2017.

    It is so ordered.

    Dated this 13th day of January 2017, at Hartford, Connecticut.

                                      /s/ AWT
                                Alvin W. Thompson
                         United States District Judge